**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NIHAL ERKAN, on behalf of herself
and all others similarly situated,

                Plaintiffs,
-against-

ART TO FRAMES, INC.
                Defendant.

Case No. 1:23-cv-7649
ENDORSED ORDER
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant ART TO FRAMES, INC. shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             April 16, 2024

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com

So Ordered: Date 4/18/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.